**Order entered March 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00091-CV

## IN THE INTEREST OF B.C.C. AND K.M.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-09495-Z**

### ORDER

The reporter's record of the trial court's April 10, 2020 hearing on Father's motion for continuance is necessary for the Court to determine its jurisdiction over this parental rights termination case. Accordingly, the Court **ORDERS** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court to file the record of that hearing **no later than March 10, 2021**. If no record was taken, Ms. Finkley shall state so in writing. *Because this is an accelerated appeal, extension requests will be disfavored.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorabel David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and, the parties.

/s/     LESLIE OSBORNE
           JUSTICE